■ In the Matter of UNITY ESTATES, INC., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Neither the brief submitted by petitioner, its affidavits submitted at Special Term, nor the oral argument made on its behalf in this court, are comprehensible to us. From the intelligible matter in the record, it appears that the notice of appeal had not been timely served or filed. Consequently, the appeal must be dismissed. It is also noted, however, that if the appeal were entertainable, the record made by respondent Administrator is not contradicted by rational or credible evidentiary matter. On that record, it appears that the proceeding was not timely brought, or that even timely protest, as required by statute, was made. Thus, on any view, an affirmance of the order of Special Term would necessarily follow. Accordingly, the appeal is unanimously dismissed, with $50 costs and disbursements to the respondent. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BERKOWITZ and CHARLES ZLOTOGARA, Appellants.— The defendants herein were sentenced to 30 days in the workhouse and each fined $500 or in default thereof to stand committed to the City Prison for an additional 30 days following their trial and conviction for a violation of section 965 of the Penal Law (rent bonuses). It appears that restitution was made at the time of sentence and that both defendants had good records in the community. There have been no other complaints against them. The judgments of conviction are unanimously modified so as to eliminate the imposition of the sentence of 30 days in the workhouse upon condition, however, that the fine of $500 is paid. Settle order on notice. Judgment against Joseph Berkowitz; judgment against Charles Zlotogara. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.